**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 07-2195**

—————————

JERRY DIXON,

            Plaintiff - Appellant,

      v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

            Defendant - Appellee.

—————————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  N. Carlton Tilley, Jr.,
District Judge.  (1:04-cv-00921-NCT-PTS)

—————————

Submitted:  June 19, 2008          Decided:  August 6, 2008

—————————

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Joseph E. Wolfe, Norton, Virginia, for Appellant. Anna Mills
Wagoner, United States Attorney, Greensboro, North Carolina;
Robert J. Triba, Chief Regional Counsel, Christopher A. Michaels,
Special Assistant United States Attorney, SOCIAL SECURITY
ADMINISTRATION, Boston, Massachusetts, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Dixon appeals the district court's order adopting the magistrate judge's recommendation and denying his motion for summary judgment and granting the Commissioner's motion for summary judgment on his claim for disability insurance benefits and supplemental security income under the Social Security Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Dixon v. Astrue</u>, No. 1:04-cv-00921-NCT-PTS (M.D.N.C. Oct. 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>